TAMARA SOLOMAN
LAW OFFICES OF TAMARA L. SOLOMAN
901 H Street, Suite 400
Sacramento, CA 95814
Phone: (916) 712-8962
E-Mail: solomanlaw1@gmail.com

Attorney for Defendant
RAFAEL ALCALA

# UNITED STATES OF DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>RAFAEL ALCALA,<br><br>　　　　　　　Defendant. | Case No.: 1:24-cr-00055-JLT-SKO-30<br><br>**STIPULATION AND ORDER TO ADD SPECIAL CONDITION OF RELEASE** |

　　　IT IS HEREBY STIPULATED by and between Assistant United States Attorney ANTONIO PATACA, counsel for plaintiff, and TAMARA SOLOMAN, counsel for RAFAEL ALCALA, that the appearance bond be modified such that a Special Condition of Release be added that reads " You must refrain from excessive use of alcohol."  This request is being made after consultation with Pretrial Services.

　　　All previously imposed conditions of released remain in full force and effect.

                                      Respectfully submitted,

Dated:   January 29, 2025        /s/ Tamara Soloman
                                          TAMARA SOLOMAN
                                          Attorney for Defendant
                                          RAFAEL ALCALA

Dated:   January 29, 2025        /s/ Antonio Pataca
                                          ANTONIO PATACA
                                          Assistant United States Attorney
                                          Counsel for Plaintiff

## **ORDER**

The following conditions of release are added to Defendant's Conditions of Release:

- You must refrain from excessive use of alcohol, and

- You must submit to drug and/or alcohol testing as approved by the pretrial services officer. You must pay all or part of the costs of the testing services based upon your ability to pay, as determined by the pretrial services officer. You must not tamper, obstruct, or attempt to tamper or obstruct the efficiency and accuracy of the drug screening/testing.

All previously imposed conditions of release remain in full force and effect.

IT IS SO ORDERED.

   Dated:   **January 30, 2025**                /s/ Barbara A. McAuliffe
                                                    UNITED STATES MAGISTRATE JUDGE