1  MICHELE BECKWITH
   Acting United States Attorney
2  ANTONIO J. PATACA
   JUSTIN GILIO
3  Assistant United States Attorneys
   2500 Tulare Street, Suite 4401
4  Fresno, CA 93721
   Telephone: (559) 497-4000
5  Facsimile:  (559) 497-4099

6

7  Attorneys for Plaintiff
   United States of America

8

9              IN THE UNITED STATES DISTRICT COURT

10                EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,          CASE NO. 1:24-CR-00055-JLT-SKO

                      Plaintiff,       STIPULATION REGARDING EXCLUDABLE
13                                     TIME PERIODS UNDER SPEEDY TRIAL ACT;
              v.                       FINDINGS AND ORDER
14
    RAFAEL ALCALA JR,
15                    Defendant.

16

17

18                            **STIPULATION**

19      1.   By previous order, this matter was set for sentencing on August 25, 2025.

20      2.   By this stipulation, defendant now moves to continue the sentencing hearing to

21  November 3, 2025. Counsel for defendant has another conflict with the current sentencing date and

22  requires additional time to prepare and conduct investigation for sentencing.

23      3.   No exclusion of time is necessary as this matter is set for sentencing.

24      4.   Nothing in this stipulation and order shall preclude a finding that other provisions of the

25  Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

26  must commence.

27      IT IS SO STIPULATED.

28

                                        1

| | |
|---|---|
| Dated: July 15, 2025 | MICHELE BECKWITH<br>Acting United States Attorney |
| | /s/ ANTONIO J. PATACA<br>ANTONIO J. PATACA<br>Assistant United States Attorney |
| Dated: July 15, 2025 | /s/ TAMMY SOLOMAN<br>TAMMY SOLOMAN<br>Counsel for Defendant<br>RAFAEL ALCALA JR |

**ORDER**

IT IS SO ORDERED.

Dated:  **July 15, 2025**

_____
UNITED STATES DISTRICT JUDGE