TAMARA SOLOMAN
LAW OFFICES OF TAMARA L. SOLOMAN
901 H Street, Suite 400
Sacramento, CA 95814
Phone: (916) 712-8962
E-Mail: solomanlaw1@gmail.com

Attorney for Defendant
RAFAEL ALCALA

# UNITED STATES OF DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>   v.<br><br>RAFAEL ALCALA,<br><br>              Defendant. | Case No.: 1:24-cr-00055-JLT-SKO<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |

## STIPULATION

1. By previous order, this matter was set for sentencing on November 3, 2025.

2. By this stipulation, defendant now moves to continue the sentencing hearing to January 20, 2026.  Counsel for defendant needs time to respond to the PSR, meet with her client and prepare for sentencing.

3. No exclusion of time is necessary as this matter is set for sentencing.

- 1 -

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Respectfully submitted,

Dated:   October 7, 2025    /s/ Tamara Soloman
TAMARA SOLOMAN
Attorney for Defendant
RAFAEL ALCALA

Dated:   October 7, 2025    /s/ Antonio Pataca
ANTONIO PATACA
Assistant United States Attorney
Counsel for Plaintiff

**ORDER**

IT IS SO FOUND.

IT IS SO ORDERED.

Dated:   **October 7, 2025**            _____
UNITED STATES DISTRICT JUDGE