ERIC GRANT
United States Attorney
ANTONIO J. PATACA
JUSTIN GILIO
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099


Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:24-CR-00055-JLT-SKO |
| Plaintiff, | STIPULATION CONTINUING SENTENCING; FINDINGS AND ORDER |
| v. | |
| RAFAEL ALCALA JR, | |
| Defendant. | |

**STIPULATION**

1.    By previous order, this matter was set for sentencing on January 20, 2026.

2.    By this stipulation, the parties now move to continue the sentencing hearing to March 2, 2026.  Counsel for the United States requires additional time to prepare for sentencing and consider mitigating information provided by the defendant.

3.    No exclusion of time is necessary as this matter is set for sentencing.

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

1

Dated:  January 12, 2026

ERIC GRANT
United States Attorney


/s/ ANTONIO J. PATACA
ANTONIO J. PATACA
Assistant United States Attorney


Dated:  January 12, 2026

/s/ TAMMY SOLOMAN
TAMMY SOLOMAN
Counsel for Defendant
RAFAEL ALCALA JR


**ORDER**

IT IS SO ORDERED.

Dated:   **January 13, 2026**

UNITED STATES DISTRICT JUDGE